```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   R Nieto
CSO                :   Figueroa
Law Clerk          :   M Knicely
Interpreter        :   not needed
Date               :   October 31, 2003 at 9:00 a.m.
```

United States District Court
Southern District of Texas
FILED

OCT 3 1 2003

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-03-94

DIRECTV, INC.　　　　　　　　　*　　　　　　Lecia Chaney

vs　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　　　B=03-200

Ismael Lozano et al　　　　　　*

### MOTION HEARINGS

Lecia Chaney present for Plaintiff;
Carlos Masso present Pro Se;
Gerald Manthey present Pro Se;
R Adobbati present for defts Meyer, Ramirez and Sandoval;

Ms Chaney provides status on the case;
Counsel states she will be filing Motions to Dismiss on defendants Luis Ernesto Longoria, and Abraham Ochoa;
Counsel states she will be filing Motion for Default on deft Ismael Lozano;
Counsel further states filing a Motion for Substitute Service for deft Eric Solis and states a severance for deft Wohlers;

All counsel and Pro Se defendants have agreed to trial dates and have executed a Consent to Proceed before a Magistrate Judge (All except for deft Manthey);

Defendants Manthey, Masso, Meyer, Ramirez and Sandoval to be severed into individual cases;

Court adjourned.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
　　　　　　　Deputy Clerk