United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, Inc.,                          §
                                        §
        Plaintiff,                      §
                                        §
V.                                      §    No. CIV. B-03-200
                                        §
DUAINE WOHLERS,                         §
                                        §
        Defendant.                      §

## ORDER GRANTING
## MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss Without Prejudice, in which the Plaintiff requests that its claims against Defendant **DUAINE WOHLERS** be dismissed *without prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **DUAINE WOHLERS** is hereby dismissed *without prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this _25_ day of _May_, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING

ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE                    SOLO PAGE